UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASTERN SAVINGS BANK, FSB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:13cv1173 (WWE) |
| | : | |
| CHRISTOPHER F. BERRY; DEBORAH YEDOWITZ; UNITED STATES OF AMERICA; and PUTNAM HILL APARTMENTS, INC., | : | |
| | : | |
| Defendants. | : | OCTOBER 19, 2015 |

### DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant Christopher F. Berry, through undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3) to dismiss the Amended Complaint filed in this action for lack of subject matter jurisdiction. Defendant relies on and incorporates herein by reference his memorandum of law filed in conjunction herewith.

WHEREFORE, defendant respectfully requests that this action be dismissed and any judgments entered be vacated forthwith for lack of subject matter jurisdiction.

Respectfully submitted,

CHRISTOPHER F. BERRY
By his attorneys,

/s/ *Jack E. Robinson*
Jack E. Robinson (ct16022)
LEYDEN & MAIN LEGAL GROUP, P.C.
243 Tresser Boulevard, 17th Floor
Stamford, CT 06901
(203) 355-3643
(866) 941-4617 (fax)
robinsonesq@aol.com

1

ORAL ARGUMENT IS **NOT** REQUESTED

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2015, a copy of foregoing Defendant's Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                   /s/ *Jack E. Robinson*
                                                   Jack E. Robinson

ORAL ARGUMENT IS **NOT** REQUESTED